

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00310-CR

**RUSSELL WADE EASON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2010-3012**

## MEMORANDUM OPINION

Russell Wade Eason attempts to appeal the trial court's denial of his "Request Filing of this Motion Formal Bills of Exception and Motion for Formal Bills of Exception."  By letter dated September 7, 2010, the Clerk of this Court notified Eason that his appeal was subject to dismissal because it appeared that the order about which he complained was not an appealable order.  Eason was warned that the Court would dismiss the appeal unless a response was filed showing grounds for continuing the appeal.  Eason filed a response, but it fails to show grounds for continuing the appeal.

Accordingly, the appeal is dismissed.  *See* TEX. R. APP. P. 42.3; 44.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Reyna, and
  Justice Davis
Appeal dismissed
Opinion delivered and filed October 6, 2010
Do not publish
[CRPM]